1  **LOREN S. YOUNG, ESQ.**
   Nevada Bar No. 7567
2  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   *ATTORNEYS AT LAW*
3  3960 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
4  Telephone:  (702) 257-1997
   Facsimile:   (702) 257-2203
5  lyoung@lgclawoffice.com

6  Attorneys for Defendant, RED ROCK R-WHEELERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA NEUMANN, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>RED ROCK 4-WHEELERS, INC., a Utah Corporation; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.:<br><br>**DECLARATION OF LOREN S. YOUNG IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

I, LOREN S. YOUNG, declare as follows:

1.  I am an attorney duly licensed to practice law before all the courts of the State of Nevada and the United States District Court for the District of Nevada. I am the managing partner in the law firm of Lincoln, Gustafson & Cercos, LLP, attorneys of record for Defendant RED ROCK 4-WHEELERS, INC. (hereinafter, "Defendant" or "Red Rock"). I am personally familiar with the within stated facts and would and could testify based upon personal knowledge of the same, and as to those facts stated on information and belief, I believe them to be true.

2.  A true and correct copy of the Complaint filed by Plaintiff Laura Neumann (hereinafter, "Plaintiff") in the District Court of Clark County, State of Nevada, entitled *Laura Neumann, an individual, v. Red Rock 4-Wheelers, Inc., a Utah Corporation; DOES 1 through 100; and ROES 1 through 100, inclusive*, Case No. A-19-805025-C ("Complaint"), is attached hereto as Exhibit "A."

3.  A true and correct copy of the Summons that was served with the above-referenced Complaint on Defendant is attached hereto as Exhibit "B."

4. On information and belief, Defendant was served with a copy of the Summons and Complaint on or about November 25, 2019.

5. The amount in controversy is not stated in the Complaint. The Complaint states that Plaintiff seeks general and special damages in excess of $15,000.

6. Plaintiff alleges significant life changing injuries. Defendant received a letter where Plaintiff alleged past medical bills in excess of $300,000 and asserts punitive damages in the complaint and, therefore, Plaintiff's medical specials and claimed damages are in excess of $75,000.00.

7. On information and belief, Defendant was and is a corporation incorporated under the laws of the State of Utah, having its principal place of business in the State of Utah, and is the only Defendant that has been served with the Summons and Complaint in this action.

8. On information and belief, Defendant's corporate headquarters are located in the State of Utah, where the company's executive and administrative functions are performed.

9. This Notice of Removal is filed less than one (1) year after the commencement of the action.

10. This case is filed within thirty (30) days after service of Plaintiff's Complaint and within (30) days after it first became ascertained that the amount in controversy requirement is satisfied for the reasons set forth above and in the Notice of Removal filed herewith.

11. Defendant is serving a written notice of the removal to all adverse parties, including Plaintiff, and will file a copy of the notice with the clerk of the District Court of Clark County, State of Nevada, where this action is currently pending.

I declare under penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct, and if called upon to testify to the facts thereto, could and would do so competently.

Executed on December 16, 2019, in Las Vegas, Nevada.



LOREN S. YOUNG

v:\k-o\neumann_redrock\atty notes\drafts\pldgs\20191211_decl_lsy_bjp.docx

**DECLARATION OF LOREN S. YOUNG, ESQ. IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b) (DIVERSITY)**

# Exhibit "A"

Electronically Filed
11/7/2019 11:14 AM
Steven D. Grierson
CLERK OF THE COURT

CASE NO: A-19-805025-C
Department 4

**COMP**
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)

DAVID FELDMAN ESQ.
Nevada State Bar No. 5947
JOHN C. DORAME, ESQ.
Nevada State Bar No. 10029
THE FELDMAN FIRM
8831 W. Sahara Avenue
Las Vegas, Nevada 89147
(702) 949-5096
(702) 949-5097 (FAX)

Attorneys for Plaintiff Laura Neumann

# DISTRICT COURT

## CLARK COUNTY, NEVADA

\* \* \* \* \*

Laura Neumann, an individual,

    Plaintiff,

vs.

Red Rock 4-Wheelers, Inc., a Utah Corporation; DOES 1 through 100; and ROES 1 through 100, inclusive.

    Defendant.

CASE NO.
DEPT NO.

**COMPLAINT**

## COMPLAINT

Plaintiff LAURA NEUMANN, an innocent bystander, attending a Red Rock 4-Wheelers, Inc. promoted event in Moab, Utah, was struck and severely injured by a motor vehicle operated by Mr. Jeremy

Felts. COMES NOW Plaintiff LAURA NEUMANN, by and through her undersigned Counsel, and for her complaint alleges and avers as follows:

1. At all relevant times, Plaintiff, LAURA NEUMANN was an adult, competent resident of the State of Nevada.

2. At all relevant times, Defendant RED ROCK 4-WHEELERS, INC. was a corporation duly licensed and incorporated under the laws of Utah, and believed to be the operator of the famous event entitled "Moab Jeep Safari Golden Spike Trail" in Moab, Utah.

3. That the true names and capacities whether individual, corporate, associate or otherwise, of the Defendant herein designated as DOES and/or ROES are unknown to Plaintiff at this time who therefore sue said Defendants by fictious names. Plaintiff alleges that each named Defendant herein designated as DOES and/or ROES is negligently, willfully, contractually, or otherwise legally responsible for the events and happenings herein referred to and proximately caused damages to Plaintiff as herein alleged. Plaintiff will seek leave of Court to amend this Complaint to insert the true names and capacities of such Defendants when same have been ascertained and will further seek to leave to join said Defendants in these proceedings.

## GENERAL ALLEGATIONS

4. Plaintiff incorporates by this reference all of the allegations of paragraphs 1 through 3 hereinabove, as though completely set forth herein.

5. On **April 14, 2019**, Plaintiff LAURA NEUMANN was attending an event hosted by Defendant RED ROCK 4-WHEELERS, INC. entitled "Moab Jeep Safari Golden Spike Trail" in Moah, Utah.

6. Defendant RED ROCK 4-WHEELERS, INC. identifies itself as a club and routinely solicits "Associate Members" that reside outside of Grand County, San Juan County, or the city of Green River, Utah.

7. Defendant RED ROCK 4-WHEELERS, INC. charges these "Associate Members" $50 per family.

8. Upon information and belief, Defendant RED ROCK 4-WHEELERS, INC. also regularly participates in off-roading events in the State of Nevada.

9. In the day in question, upon information and belief, Defendant RED ROCK 4-WHEELERS, INC., failed to maintain a safe distance for the crowd and observers such as Plaintiff LAURA NEUMANN.

10. Simply stated, the crowd and observers were placed too closed to vehicles attempting dangerous maneuvers.

11. Upon information and belief, a RED ROCK 4-WHEELERS, INC. "trail leader" also improperly advised Mr. Jeremy Felts of the direction to proceed, which was the cause in fact of Mr. Felts losing control of his vehicle and, in turn, striking Plaintiff LAURA NEUMANN.

12. As a result of Mr. Felts' vehicle striking Plaintiff LAURA NEUMANN, Plaintiff LAURA NEUMANN was airlifted from the scene of the accident in Moab, Utah to St. Mary's Medical Center in Grand Junction, Colorado.

13. Plaintiff LAURA NEUMANN suffered significant life changing injuries that will impact her for the rest of her years.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

## NEGLIGENCE

14. Plaintiff LAURA NEUMANN incorporates by this reference all of the allegations of paragraphs 1 through 13 hereinabove, as though completely set forth herein.

15. The foregoing averments are incorporated by reference as though fully set forth herein.

-3-


16. At all relevant times, Defendant RED ROCK 4-WHEELERS, INC. had a duty of reasonable care in the protection and safeguarding of persons who attended its events.

17. Based upon information and belief, Defendant LAURA NEUMANN breached its duty of reasonable care by failing to maintain the Moab Jeep Safari Golden Spike Trail event in a reasonably safe condition, including, but not limited to:

    a. failing to maintain a safe distance for the crowd and observers such as Plaintiff; and

    b. failing to instruct Mr. Jeremy Felts of the correct direction to proceed.

15. Defendant RED ROCK 4-WHEELERS, INC. is further liable for negligence of its "trail leader" pursuant to the doctrine of Respondeat Superior, and the negligence of their agents under the doctrine of Vicarious Liability.

16. At all relevant times, Defendant RED ROCK 4-WHEELERS, INC. knew or should have known that it was reasonably foreseeable that a breach of its duty to maintain a safe distance for the crowd and observers in the aforementioned manner might result in catastrophic injury.

17. As a direct and proximate rule of Defendant RED ROCK 4-WHEELERS, INC.'s negligence, Plaintiff LAURA NEUMANN was caused to incur injury to her body and mind, past and future medical expenses, past and future pain and suffering, past and future sever emotional distress, and anticipated future loss of income, all to her damage in an amount in excess of $15,000.00.

18. Due to Defendant RED ROCK 4-WHEELERS, INC.'s negligence in the foregoing respects, Plaintiff LAURA NEUMANN has been required to retain the services of legal counsel and to incur attorney's fees and costs thereby.

## SECOND CLAIM FOR RELIEF

## GROSS NEGLIGENCE: PUNITIVE DAMAGES

19. Plaintiff LAURA NEUMANN incorporates by this reference all of the allegations of paragraphs 1 through 18 hereinabove, as though completely set forth herein.

20. Plaintiff LAURA NEUMANN alleges that all acts, conduct and omissions on the part of Defendant RED ROCK 4-WHEELERS, INC. taken singularly or in combination, constitute gross negligence and were the proximate cause of Plaintiff LAURA NEUMANN's injuries and damages. Defendant RED ROCK 4-WHEELERS, INC.'s acts and/or omissions, when viewed objectively from the Defendant RED ROCK 4-WHEELERS, INC.'s standpoint at the time such acts and/or omissions occurred, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others. Defendant RED ROCK 4-WHEELERS, INC. had actual, subjective awareness of the risk, but proceeded with conscious indifference to the rights, safety and welfare of Plaintiff LAURA NEUMANN.

21. Defendant RED ROCK 4-WHEELERS, INC.'s conduct was reckless and/or done with an intentional state of mind. Such gross negligence was a proximate cause of the occurrence and Plaintiff LAURA NEUMANN's injuries and damages.

22. As a direct and proximate result of Defendant RED ROCK 4-WHEELERS, INC. and/or DOES/ROES' aforementioned tortious conduct, Plaintiff LAURA NEUMANN was caused to incur injury to her body and mind, past and future medical expenses, past and future pain and suffering, past and future severe emotional distress, and anticipated future loss of income, all to her damage in an amount in excess of $15,000.00.

23. Due to Defendant RED ROCK 4-WHEELERS, INC. and/or DOES/ROES' tortious conduct in the foregoing respects, Plaintiff LAURA NEUMANN has been required to retain the services of legal counsel and to incur attorney's fees and costs thereby.

24. That the aforementioned acts were conducted in a wanton, willful, malicious manner, with conscious disregard for Plaintiff LAURA NEUMANN's rights and the rights of those similarly situated. The acts of Defendant RED ROCK 4-WHEELERS, INC. and/or DOES/ROES' and each of them should be assessed punitive or exemplary damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff LAURA NEUMANN prays for relief in the form of a Judgment in her favor, and against Defendant RED ROCK 4-WHEELERS, INC., and each of them, for damages as follows:

1) For general and special damages in an amount in excess of $15,000.00;

2) For costs of suit, reasonable attorney's fees, and interest;

3) For punitive and exemplary damages against Defendant and/or DOES in an amount to be determined at trial.

4) For such other and further relief as the Court may deem just and equitable under the circumstances.

DATED this **7th** day of **November, 2019**.

LUH & ASSOCIATES

*/s/ Charlie H. Luh*
_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)
Attorneys for Plaintiff Laura Neumann

Exhibit "B"

11/7/2019 4:46 PM

```
Served the  Summons
upon  Rex Holman
the  25  day of  11  20 19
Time  1100      Place _____
Sheriff, Grand County, Utah
By _____  5085
           Deputy/Admin
```

1  SUMM
   CHARLIE H. LUH, ESQ.
2  Nevada State Bar No. 6726
   cluh@luhlaw.com
3  CRAIG D. SLATER, ESQ.
   Nevada State Bar No. 8667
4  cslater@luhlaw.com
5  **LUH & ASSOCIATES**
   8987 W. Flamingo Road, Suite 100
6  Las Vegas, Nevada 89147
7  (702) 367-8899
   (702) 384-8899 (FAX)
8
   DAVID FELDMAN ESQ.
9  Nevada State Bar No. 5947
10 JOHN C. DORAME, ESQ.
   Nevada State Bar No. 10029
11 **THE FELDMAN FIRM**
   8831 W. Sahara Avenue
12 Las Vegas, Nevada 89147
13 (702) 949-5096
   (702) 949-5097 (FAX)
14
   Attorneys for Plaintiff Laura Neumann
15

16                    DISTRICT COURT
17                  CLARK COUNTY, NEVADA
18                        * * * * *

19 Laura Neumann, an individual,        CASE NO.:  A-19-805025-C
                                        DEPT. NO.: 4
20            Plaintiff,
21
22 v.
                                        SUMMONS
23 Red Rock 4-Wheelers, Inc., a Utah Corporation;
   DOES 1 through 100; and ROES 1 through
24 100, inclusive.
25            Defendant.
26
27 NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
   WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ
28 THE INFORMATION BELOW.

1

SERVICE COPY

1  TO: RED ROCK 4-WHEELERS, INC.: A civil Complaint has been filed by the Plaintiff against
2  you for the relief set forth in the Complaint.

3      1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you
4  exclusive of the day of service, you must do the following:
5          a. File with the Clerk of this Court, whose address is shown below, a formal written
6  response to the Complaint in accordance with the rules of the Court.
7          b. Serve a copy of your response upon the attorney whose name and address is shown
8  below.
9      2. Unless you respond, your default will be entered upon application of the plaintiff and this
10 Court may enter a judgment against you for the relief demanded in the Complaint, which could result
11 in the taking of money or property or other relief requested in the Complaint.
12     3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so
13 that your response may be filed on time.

STEVEN D. GRIERSON
CLERK OF COURT

15 Issued at the direction of:

16     By: _____ 11/8/2019
17     Deputy Clerk        Date
   Charlie H. Luh, Esq.,    County Courthouse
18 Nevada Bar No. 6726    200 Lewis Avenue
   LUH & ASSOCIATES    Las Vegas, Nevada 89101
19 8987 West Flamingo Road, Suite 100    Marie Kramer
20 Las Vegas, NV 89147
   T: (702) 367-8899; F: (702) 384-8899
21 *Attorney for Plaintiff*

2